# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MASON ROBERT JAMES HICKS, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:21-cv-00837 |
| ) | Judge Trauger |
| JUDGE DEE DAVID GAY, ET AL., ) | |
| Defendants. ) | |

## ORDER

On January 19, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 68), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by defendant City of Millersville (Doc. No. 41) is DENIED WITHOUT PREJUDICE to refiling as a properly supported motion for summary judgment or a properly identified motion for judgment on the pleadings.

This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge