IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MASON ROBERT JAMES HICKS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:21-cv-00837 |
| | ) Judge Trauger |
| CITY OF MILLERSVILLE, ET AL., | ) |
| Defendants. | ) |

**O R D E R**

On August 19, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 109), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the City of Millersville's Motion for Summary Judgment (Doc. No. 84) and the Motion for Summary Judgment filed by defendants Pearce and Riley (Doc. No. 88) are both GRANTED, and judgment is hereby entered in favor of these defendants.

This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge