IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MASON ROBERT JAMES HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:21cv-00837 |
| ) | Judge Trauger |
| CITY OF MILLERSVILLE, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 22, 2025, the Magistrate Judge issued a Report and Recommendation (Doc No. 123), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that defendant Carr's Motion to Dismiss (Doc. No. 114) is DENIED, but summary judgment is hereby GRANTED to defendant Carr, independent of a motion, pursuant to Rule 56(f), Federal Rules of Civil Procedure.

All other claims having been disposed of in this case, the Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge